# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RICHARD H. LAZARD | ) CHAPTER 13 |
| KIMBERLY E. LAZARD | ) |
| | ) CASE NO.: 23-bk-51371 |
| Debtors | ) |
| | ) JUDGE ALAN M. KOSCHIK |
| | ) |

## CREDITORS, CARRIE-RAE MAGNO AND DALE MAGNO'S
## MOTION FOR DEBTORS TO RELEASE THE LAND CONTRACT

The Magno creditors respectfully request this Court Order the bankruptcy estate to issue a release for filing with the Summit County Recorder that the second land contract be voided by Richard and Kimberly Lazard.

    Respectfully submitted,

    MICHAEL P. HARVEY CO., L.P.A.

    */s/Michael P. Harvey*
    Michael P. Harvey, Esq. (0039369)
    311 Northcliff Drive
    Rocky River, Ohio 44116
    Office: (440) 356-9108
    Cell: (440) 570-2812
    Email: MPHarveyCo@aol.com
    ***Attorney for Creditors***
    ***Carrie Rae-Magno and Dale Magno***

**CERTIFICATE OF SERVICE**

This will certify that on October 25, 2023, a copy of the foregoing *CREDITORS CARRIE-RAE MAGNO AND DALE MAGNO'S MOTION FOR RELEASE OF LAND CONTRACT* was filed electronically. All parties will be served electronically through the Court's efiling system. Parties may access this filing through the Court's docket system.

David A. Mucklow, Esq.
919 E. Turkeyfoot Lake Road, Suite B
Akron, Ohio 44312
Email: davidamucklow@yahoo.com

                                                 */s/Michael P. Harvey*
                                                 Michael P. Harvey, Esq. (0039369)
                                                 ***Attorney for Creditors***
                                                 ***Carrie Rae-Magno and Dale Magno***

MPH/map